# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER KNOX, Inmate #B-61090, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-178-WDS ) |
| JOE HARPER, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 3). The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and that Plaintiff is not under imminent danger of serious physical injury. *See* (Doc. 4). Plaintiff was directed to pay the $350 filing fee for this action within 15 days. *Id*. Plaintiff was warned that if he did not pay the filing fee as directed, then this action would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). More than 15 days have passed and the Court has not yet received the required payment.

Accordingly, the instant action is **DISMISSED** with prejudice for failing to pay the $350 filing fee within the time specified as previously ordered by this Court.

**IT IS SO ORDERED.**

**DATED: October 20, 2008.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**
