IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-178-WDS |
| | ) |
| **JOE HARPER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby

**DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of

Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
|   October 20, 2008   | By: **s/ WILLIAM D. STIEHL** |
| *Date* | *District Judge* |